**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SOMAXON PHARMACEUTICALS, INC. )
and PROCOM ONE, INC., )
                        )
         Plaintiffs, )
                        )
     v. )   C.A. No. 10-1100 (RGA) (MPT)
                        )   (Consolidated)
ACTAVIS ELIZABETH LLC, et al., )
                        )
         Defendants and )
         Counterclaim-Plaintiffs. )

## CONSENT JUDGMENT AND DISMISSAL ORDER

The Court, upon the consent and request of Plaintiffs Somaxon Pharmaceuticals, Inc. and ProCom One, Inc. (collectively, "Plaintiffs") and Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively, "Mylan"), hereby finds:

1.      Plaintiffs have charged Mylan with infringement of U.S. Patent Nos. 6,211,229 (the "'229 patent") and 7,915,307 (the "'307 patent") in connection with Mylan's submission to the U.S. Food and Drug Administration ("FDA") of Abbreviated New Drug Application ("ANDA") No. 202-337 seeking approval to engage in the commercial manufacture, use, and/or sale of a 3 mg doxepin hydrochloride product and a 6 mg doxepin hydrochloride product (collectively, the "Mylan ANDA Products");

2.      Mylan has asserted certain affirmative defenses and counterclaims in the Litigation;

3.      The Parties have agreed to resolve their disputes relating to the Litigation through a Settlement and License Agreement entered into between the parties, dated July 17, 2012 (the "Agreement"), in order to avoid further litigation and the attendant risk, associated fees, costs and expenses thereof; and

4.     As a result of the Agreement, there will be an opportunity for pro-competitive generic competition for doxepin hydrochloride products for human use, which competition otherwise may not have existed until the expiration of the Licensed Patents and any applicable period of exclusivity.

## ORDER

Accordingly, pursuant to and upon the consent and request of the Parties, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

a)     The parties' claims, counterclaims, and defenses with respect to the '229 and '307 patents are hereby dismissed without prejudice;

b)     Mylan, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell and selling within the United States, and importing into the United States, the Mylan ANDA Products during the life of the '229 and '307 patents, including any extensions and pediatric exclusivities, except to the extent permitted by the Settlement and License Agreement, and any subsidiary agreements, entered into between the parties, dated July 17, 2012.

c)     This Order shall finally resolve the Litigation between the Parties, and the Parties each expressly waive any right to appeal or otherwise move for relief from this Order;

d)     This Court retains jurisdiction over the Parties for purposes of enforcing this Order;

e)     Each Party shall bear its own fees and costs in connection with the Litigation, including attorney fees.

2

Dated July 18, 2012

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Maryellen Noreika*                          */s/ Megan C. Haney*

Jack B. Blumenfeld (#1014)                    John C. Phillips, Jr. (#110)
Maryellen Noreika (#3208)                     Megan C. Haney (#5016)
Jeremy A. Tigan (#5239)                        1200 North Broom Street
1201 North Market Street                       Wilmington, DE  19806
Wilmington, DE  19899-1347                   (302) 655-4200
(302) 658-9200                                  jcp@pgslaw.com
jblumenfeld@mnat.com                        mch@pgslaw.com
mnoreika@mnat.com                           *Attorneys for Mylan Inc. and Mylan*
jtigan@mnat.com                                *Pharmaceuticals, Inc.*

*Attorneys for Somaxon Pharmaceuticals,*
*Inc. and ProCom One, Inc.*

SO ORDERED this $\underline{18^{th}}$ day of July 2012.

HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

3