IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMAXON PHARMACEUTICALS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, et al.<br><br>Defendants. | C.A. No. 10-1100-RGA-MPT |

## MOTION TO EXTEND EXPERT DISCOVERY DEADLINES

Pursuant to Fed. R. Civ. P. 16, Defendants and Counterclaim-Plaintiffs Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan") hereby move the Court for an extension of certain case deadlines, as set forth below.

| Event | Current Date | [Proposed] Amended Date |
|---|---|---|
| Opening Expert Reports (D.I. 331 ¶ 3.f.i) | July 8, 2022 | August 8, 2022 |
| Rebuttal Expert Reports (D.I. 331 ¶ 3.f.i) | August 8, 2022 | September 8, 2022 |
| Deadline for Expert Depositions (D.I. 331 ¶ 3.f.i) | September 2, 2022 | September 19, 2022 |
| Opening Briefs in Support of Case Dispositive Motions (D.I. 331 at ¶ 7) | September 30, 2022 | September 30, 2022 |
| Pretrial Conference (D.I. 331 at ¶ 19) | February 3, 2023 | February 3, 2023 |
| Trial (D.I. 331 at ¶ 23) | February 13, 2023 | February 13, 2023 |

Under Rule 16, "[a] schedule may be modified only for good cause and with the judge's consent." Good cause supports the proposed extensions because they are necessary to avoid prejudice to Mylan and to compensate for violations of the Scheduling Order by plaintiff Somaxon Pharmaceuticals, Inc. ("Somaxon") and nonparties Currax Pharmaceuticals LLC, Currax Holdings LLC, and Currax Holdings USA LLC ("Currax").

Mylan has moved to quash four subpoenas served by Somaxon and Currax that were served in violation of this Court's Scheduling Order, which prescribes that "[a]ll fact discovery in this case shall be initiated so that it will be completed on or before June 6, 2022." D.I. 331 at 1.  Two of the subpoenas were served on June 1 and the other two on June 6, all with return dates substantially after June 6.  D.I. 349; D.I. 350. One of those motions to quash, concerning the two subpoenas served on McKesson Corp., has been transferred to this Court for consideration.  *See In re Somaxon Pharmaceuticals Inc.*, No. 1:22-mc-00275-RGA-MPT, D.I. 1 (D. Del. Jun. 15, 2022).

As Mylan mentioned in its briefing on the motion to quash, the pendency of these untimely subpoenas has prejudiced its ability to prepare its opening expert report.  If Mylan is required to submit its report on July 8, with its motions still undecided, its expert will be required to opine on a factual record that could be subject to change based on Currax's violation of the Scheduling Order.  Mylan is entitled to the benefit of the deadlines in the Scheduling Order such that its expert can opine on the basis of a complete factual record.  And conversely, Currax should not be permitted to continue to conduct fact discovery, including depositions, pursuant to its subpoenas (as will occur if any of Mylan's motions are denied) having seen Mylan's opening expert report.

Accordingly, Mylan requests that the deadline to prepare and serve opening expert reports be extended to August 8, with a commensurate extension to the deadline to serve responsive reports.  To avoid delaying the resolution of the case, the deadline to complete expert depositions is delayed for a shorter period, to September 19, and the deadlines for dispositive motions and all subsequent case deadlines are unmoved.

**STATEMENT OF COMPLIANCE WITH LOCAL RULE 7.1.1.**

Counsel for Mylan certifies that counsel for the parties met and conferred in a good faith effort to resolve the request for relief included in this motion. Counsel for Currax opposes the relief requested in this motion and would not agree to the requested extension unless Mylan agreed to reopen fact discovery, a proposal that was not acceptable to Mylan.

Dated: July 1, 2022

Respectfully Submitted,

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, Delaware 19806-4204
Tel. (302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

Of Counsel:

Nicole W. Stafford
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746
Telephone: (512) 338-5400
Facsimile: (512) 338-5499Email:
nstafford@wsgr.com

Stuart A. Williams
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
375 Southpointe Boulevard
Canonsburg, Pennsylvania 15317
Telephone: (917) 288-5094
Facsimile: (212) 999-5899
swilliams@wsgr.com

David S. Steuer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
dsteuer@wsgr.com

G. Edward Powell III
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
epowell@wsgr.com

*Counsel for Defendants*
*Mylan Pharmaceuticals Inc. and Mylan Inc.*