IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOMAXON PHARMACEUTICALS, INC., and PROCOM ONE INC., | ) ) ) | |
| | ) | C.A. No. 10-1100-RGA-MPT |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ACTAVIS ELIZABETH LLC et al., | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS Plaintiffs/Counter-Defendants Somaxon Pharmaceuticals Inc. and Non-Parties Currax Pharmaceuticals LLC, Currax Holdings LLC, and Currax Holdings USA LLC (collectively "Currax") and Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively "Mylan") are engaged in settlement negotiations and have reached an agreement in principle to resolve all remaining claims in this action and wish to preserve the status quo;

IT IS THEREFORE HEREBY STIPULATED AND AGREED, by the parties and subject to the approval of the Court, that all deadlines in this case are stayed up to and including September 6, 2022, to allow the parties to finalize the settlement agreement and file dismissal papers.

Dated: August 5, 2022

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| /s/ Anthony D. Raucci | /s/ Megan C. Haney |
| Jack B. Blumenfeld (#1014) Anthony D. Raucci (#5948) 1201 North Market Street P.O. Box 1347 Wilmington, DE 19899 (302) 658-9200 jblumenfeld@morrisnichols.com | John C. Phillips, Jr. (No. 110) Megan C. Haney (No. 5016) 1200 North Broom Street Wilmington, Delaware 19806 (302) 655-4200 jcp@pmhdelaw.com mch@pmhdelaw.com |

araucci@morrisnichols.com

*Attorneys for Plaintiffs/Counter-Defendants Somaxon Pharmaceuticals Inc. and Non-Parties Currax Pharmaceuticals LLC, Currax Holdings LLC, and Currax Holdings USA LLC*

OF COUNSEL:

Dominick A. Conde
VENABLE LLP
1290 Avenue of the Americas, 20th Floor
New York, NY  10104
(212) 218-2204

Christopher P. Borello
Joshua D. Calabro
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY  10020
(212) 307-5500

*Attorneys for Mylan Pharmaceuticals Inc. and Mylan Inc.*

OF COUNSEL:

David S. Steuer
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050

Nicole Stafford
WILSON SONSINI GOODRICH & ROSATI, P.C.
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546

Stuart A. Williams
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022

IT IS SO ORDERED this _____ day of _____, 2022.

_____
The Honorable Richard G. Andrews
United States District Judge